ORDER
Motion Granted
/S/ Joe B. Brown
JOE B. BROWN
Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARTIN CISNEROS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-cv-00490 |
| | ) | Judge Sharp/Magistrate Brown |
| METROPOLITAN TRANSIT | ) | JURY DEMAND |
| AUTHORITY and GREGORY | ) | |
| HILLIARD and DAVIDSON | ) | |
| TRANSIT AUTHORITY | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR PERMISSION TO MANUALLY FILE SIX DVDs

Come now the Defendants, by and through counsel, and move this Court for leave to manually file six (6) DVDs of which five (5) are individual MTA bus videos, DVDs. One (1) DVD is a surveillance video disc containing video from February 9, and February 11, 2013. That goes to the issue of whether Plaintiff was mobility disabled (which is denied) and could not step up on bus steps on May 03, 2013. The May 3, 2013 bus video goes to the issues arising from the May 3, 2013 incident which is the basis of the Complaint. Two (2) bus videos show how Plaintiff is properly treated under the ADA and MTA policy, as follows:

1. Exhibit A, MTA bus video from June 19, 2011;

2. Exhibit B, MTA bus video from November 8, 2011, MCC incident;

3. Exhibit C, MTA bus video from this incident on May 3, 2013;

4. Exhibit D, MTA bus video from June 27, 2013.

5. Exhibit I, MTA bus video from April 4, 2013.

1